# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MYESHA COOPER**
ADC #709282                                                                                    **PLAINTIFF**

v.                                        Case No. 3:20-cv-00130 KGB-JJV

**JEONIE LONG,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Before the Court are proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Myesha Cooper filed an objection to the proposed findings and recommendations (Dkt. No. 9). After careful consideration of the proposed findings and recommendations, Ms. Cooper's objections, and a *de novo* review of the record, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 6).

In her objections, Ms. Cooper asserts that her negligence claims against defendants Jeonie Long, Kyle Foster, and Zocholy Guy should not be dismissed. However, the Court agrees with Judge Volpe's analysis and recommendation that the claims should be dismissed because prisoners do not have a constitutional right to enforce compliance with internal prison rules or regulations. Accordingly, the Court adopts the proposed findings and recommendations as its findings in all respects (*Id.*).

It is therefore ordered that:

1. The Court dismisses without prejudice Ms. Cooper's official capacity claims.

2. The Court dismisses without prejudice Ms. Cooper's claims against defendants Wendy Kelley, Toni Bradley, Linda Lewis, and John Herrington.

3. The Court dismisses without prejudice Ms. Cooper's negligence claims against defendants Jeonie Long, Kyle Foster, and Zocholy Guy.[1]

4. The Court dismisses without prejudice Ms. Cooper's claims against defendant Jeonie Long in connection with being housed in the same housing unit as inmate King.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 22nd day of October, 2020.

Kristine G. Baker
United States District Judge

---

[1] To the extent that Ms. Cooper requests in her objection that the Court add Warden Toni Bradley as a defendant to this action, the Court denies the request.